MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
ASHVEEN S. DHILLON, ESQ.
Nevada Bar No. 14189
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
adhillon@hawkinsmelendrez.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALJOSHUA RULLAN, an individual, and CHERYL RULLAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> JONG MIN RHEE (aka JOHN LUSSO); LUSSO AUTO, LLC, a Nevada limited liability company, dba LUSSO AUTO SPA & DESIGN and LUSSO AUTO DESIGN; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-00597-APG-BNW <br><br><br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendants JONG MIN RHEE and LUSSO AUTO, LLC, ("Defendants") to respond to Plaintiffs' Complaint (ECF No. 1).

/ / /

/ / /

/ / /

/ / /

Defendant Lusso Auto, LLC's response to Plaintiffs' Complaint (ECF No. 1) was due to be filed May 3, 2022 and Defendant Jong Min Rhee's response to Plaintiffs' Complaint (ECF No. 1) is currently due June 27, 2022. Pursuant to agreement of the parties, by and through their undersigned counsel of record, Defendants will file a responsive pleading no later than May 26, 2022.

DATED this 20th day of May, 2022.                    DATED this 20th day of May, 2022.

**HAWKINS MELENDREZ, P.C.**                         **MARQUIS AURBACH**

 /s/ Martin I. Melendrez                              /s/ Tye S. Hanseen
MARTIN I. MELENDREZ, ESQ.                    TYE S. HANSEEN, ESQ.
Nevada Bar No. 7818                          Nevada Bar No. 10365
ASHVEEN S. DHILLON, ESQ.                     10001 Park Run Drive
Nevada Bar No. 14189                         Las Vegas, Nevada 89145
9555 Hillwood Drive, Suite 150              *Attorneys for Plaintiffs*
Las Vegas, Nevada 89134
*Attorneys for Defendants*

## ORDER

IT IS ORDERED that ECF No. 10 is DENIED without prejudice under Local Rule IA 6-1(a).

**IT IS SO ORDERED**
**DATED:** 3:59 pm, May 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801