**Marquis Aurbach**
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
thanseen@maclaw.com
Attorneys for Plaintiffs

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALJOSHUA RULLAN, an individual, and CHERYL RULLAN, an individual,

Plaintiffs,

vs.

JONG MIN RHEE (aka JOHN LUSSO); LUSSO AUTO, LLC, a Nevada limited liability company, dba LUSSO AUTO SPA & DESIGN and LUSSO AUTO DESIGN; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case Number: 2:22-cv-00597-APG-BNW

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

☒ **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

- or -

☐ **SPECIAL SCHEDULING REVIEW REQUESTED**

Plans requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree as to the form or contents of the discovery plan, a statement of each party's position on each point in dispute.

## I.
## PRIOR PROCEEDINGS

**A. DATE OF FILING OF ANSWER BY FIRST ANSWERING DEFENDANT:**

May 26, 2022

**B. DATE THE FED. R. CIV. P. 26(f) CONFERENCE WAS HELD:**

June 9, 2022



MAC:16880-001 4727219_2

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## II.
## DISCOVERY PLAN:

**A. NUMBER OF DAYS REQUIRED FOR DISCOVERY:**

**1. Plaintiff's view:**

180 days

**2. Defendant's view:**

180 days

**B. WHAT CHANGES, IF ANY, SHOULD BE MADE IN TIMING, FORM OR REQUIREMENTS FOR DISCLOSURES UNDER 26(a):**

**1. Plaintiff's view:**

None at this time.

**2. Defendant's view:**

None at this time.

**C. WHEN INITIAL DISCLOSURES WERE MADE OR WILL BE MADE:**

1. Plaintiff's disclosures: June 23, 2022
enter calendar date

2. Defendant's disclosures: June 23, 2022
enter calendar date

**D. SUBJECTS ON WHICH DISCOVERY MAY BE NEEDED:**

**1. Plaintiff's view:**

Liability and damages.

**2. Defendant's view:**

Liability and damages.

**E. SHOULD DISCOVERY BE CONDUCTED IN PHASES OR LIMITED TO OR FOCUSED UPON PARTICULAR ISSUES?**

**1. Plaintiff's view:**

Not at this time.

**2. Defendant's view:**

Not at this time.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**F. STATE ANY ISSUES ABOUT DISCLOSURE OR DISCOVERY OF ELECTRONICALLY STORED INFORMATION, INCLUDING THE FORM OR FORMS IN WHICH IT SHOULD BE PRODUCED.**

**1. Plaintiff's view:**

Consistent with rules of procedure unless requested or agreed otherwise.

**2. Defendant's view:**

Consistent with rules of procedure unless requested or agreed otherwise.

**G. STATE ANY ISSUES ABOUT CLAIMS OF PRIVILEGE OR OF PROTECTION AS TRIAL-PREPARATION MATERIALS, INCLUDING—IF THE PARTIES AGREE ON A PROCEDURE TO ASSERT THESE CLAIMS AFTER PRODUCTION—WHETHER TO ASK THE COURT TO INCLUDE THEIR AGREEMENT IN AN ORDER.**

**1. Plaintiff's view:**

Not at this time.

**2. Defendant's view:**

Not at this time.

**H. WHAT CHANGES, IF ANY, SHOULD BE MADE IN LIMITATIONS ON DISCOVERY IMPOSED UNDER THESE RULES AND WHAT, IF ANY, OTHER LIMITATIONS SHOULD BE IMPOSED?**

**1. Plaintiff's view:**

None at this time.

**2. Defendant's view:**

None at this time.

**I. WHAT, IF ANY, OTHER ORDERS SHOULD BE ENTERED BY THE COURT UNDER RULE 26(c) OR RULE 16(b) AND (c)?**

**1. Plaintiff's view:**

None at this time.

**2. Defendant's view:**

None at this time.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## III.
## DISCOVERY AND MOTION DATES:

**A. DATES AGREED BY THE PARTIES:**

1. Close of discovery: November 22, 2022
enter calendar date
(Discovery periods longer than 180 days from the date the first defendant answers or appears will require special scheduling review)

2. Final date to file motions to amend pleadings or add parties (without a further court order): August 24, 2022
enter calendar date
(Not later than 90 days before close of discovery)

3. Final dates for expert disclosures:

(a) Initial disclosure: September 23, 2022
enter calendar date
(Not later than 60 days before close of discovery)

(b) Rebuttal disclosures: October 21, 2022
enter calendar date
(Not later than 30 days after initial disclosure of experts)

4. Final date to file dispositive motions: December 22, 2022
enter calendar date
(Not later than 30 days after discovery cut-off date)

5. Joint Pretrial Order: January 20, 2023
enter calendar date
(Not later than 30 days after date set for dispositive motions)

**B. IF APPLICABLE, STATEMENT OF THE REASONS WHY LONGER OR DIFFERENT TIME PERIODS SHOULD APPLY TO THE CASE OR, IN CASES IN WHICH THE PARTIES DISAGREE AS TO THE FORM OR CONTENTS OF THE DISCOVERY PLAN, A STATEMENT OF EACH PARTY'S POSITION ON EACH POINT IN DISPUTE:**

**1. <u>Plaintiff's view:</u>**

Not applicable.

**2. Defendant's view:**

Not applicable.

**C. ALTERNATIVE DISPUTE RESOLUTION:**

The undersigned certify that they met and conferred about the possibility of using alternative dispute-resolution processes.

**D. ALTERNATIVE FORMS OF CASE DISPOSITION:**

The undersigned certify that they considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program.

**E. ELECTRONIC EVIDENCE:**

☐ A jury trial has not been demanded.

☒ A jury trial has been demanded and the undersigned certify that they discussed whether the parties intend to present evidence in electronic format to jurors for the purposes of jury deliberations, and the following stipulations were reached regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system: None at this time.

Dated this 9th day of June, 2022

MARQUIS AURBACH

By: /s/ Tye S. Hanseen
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

Dated this 9th day of June, 2022

HAWKINS MELENDREZ, P.C.

By: /s/ Martin I. Melendez
Martin I. Melendrez, Esq.
Nevada Bar No. 7818
Ashveen S. Dhillon, Esq.
Nevada Bar No. 14189
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Attorney for Defendants

**ORDER**

IT IS ORDERED that ECF No. 17 is GRANTED.

IT IS FURTHER ORDERED that the proposed Joint Pretrial Order is due 30 days after dispositive motions, if filed, are ruled on.

IT IS SO ORDERED
DATED: 4:05 pm, June 10, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE





MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816