**Marquis Aurbach**
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
thanseen@maclaw.com
　　Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALJOSHUA RULLAN, an individual, and CHERYL RULLAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JONG MIN RHEE (aka JOHN LUSSO); LUSSO AUTO, LLC, a Nevada limited liability company, dba LUSSO AUTO SPA & DESIGN and LUSSO AUTO DESIGN; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case Number:<br>2:22-cv-00597-APG-BNW<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

　　Plaintiffs Aljoshua Rullan and Cheryl Rullan (collectively "Plaintiffs") and Defendants Jong Min Rhee (aka John Lusso) and Lusso Auto, LLC dba Lusso Auto Spa & Design and Lusso Auto Design, by and through their respective counsel of record, hereby stipulate to the following:

　　1.　　The Parties hereby agree and stipulate to attend a settlement conference with an assigned Magistrate Judge, and request that the Court order that a settlement conference be conducted November 9.

　　2.　　If the Court does not have November 9 available, it is possible the parties could participate in the morning of November 10. Both of these dates would require the parties and/or attorneys participating remotely.

MAC:16880-001 4885661_1

3. Alternatively, the parties may have dates the subsequent week becoming available for an in-person settlement conference, but will need a week or two to clear conflicts and settle on the specific dates.

4. Finally, in the event the November dates do not work for the Court, the parties are working on dates for the second week of December to submit if necessary for an in-person settlement conference, but would prefer not to wait that long if at all possible.

Dated this 27th day of October, 2022

MARQUIS AURBACH

By: /s/ Tye S. Hanseen
   Tye S. Hanseen, Esq.
   Nevada Bar No. 10365
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Plaintiffs

Dated this 27th day of October, 2022

HAWKINS MELENDREZ, P.C.

By: /s/ Martin I. Melendez
   Martin I. Melendrez, Esq.
   Nevada Bar No. 7818
   Ashveen S. Dhillon, Esq.
   Nevada Bar No. 14189
   1645 Village Center Circle, Suite 160
   Las Vegas, Nevada 89134
   Attorney for Defendants

## ORDER

IT IS ORDERED that ECF No. 19 is GRANTED to the extent that the Court will hold a settlement conference. However, the parties are advised that the Court does not have availability on either of the proposed dates of November 9, 2022 or November 10, 2022. The parties are further advised that the Court will issue a separate scheduling order.

**IT IS SO ORDERED**
**DATED:** 1:28 pm, October 28, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**