UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALJOSHUA RULLAN and CHERYL RULLAN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JONG MIN RHEE (aka JOHN LUSSO); LUSSO AUTO LLC dba LUSSO AUTO SPA & DESIGN; and LUSSO AUTO DESIGN;<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00597-APG-EJY<br><br>**Order (1) Awarding Additional Damages and (2) Directing Entry of Judgment**<br><br>[ECF Nos. 36, 39] |

　　　　I previously granted summary judgment in favor of plaintiffs Aljoshua Rullan and Cheryl Rullan and awarded some of their requested damages. ECF No. 37.  I allowed the Rullans to file a supplemental brief regarding additional items of damage and prejudgment interest.  They have done so. ECF No. 39.  In their supplemental brief, they appropriately support their request for $39,002.80 for their loss of use of the truck; $26,431.09 in prejudgment interest through August 7, 2023; and $52.27 per day for prejudgment interest beyond August 7.  I will award those amounts.  I calculate the additional prejudgment interest for the period August 8, 2023 through September 22, 2023 (46 days) to be $2,404.42.  Thus, the total amount of prejudgment interest is $28,835.51.

　　　　The Rullans are entitled to treble their compensatory damages under Nevada Revised Statutes § 42.005(1), which I hereby award.  This includes trebling of the prejudgment interest amount as it is considered compensatory damages. *West Virginia v. United States*, 479 U.S. 305, 310-311, n.2 (1987).

　　　　I therefore award damages as follows:

$85,000 as the amount paid for the truck

$4,113.66 for upgrades to the truck

$58,000 for emotional damages

$39,002.80 for loss of use of the truck

<u>$28,835.51 for prejudgment interest</u>

$214,951.97 Total of compensatory damages

<u>$644,855.91 for punitive damages (treble compensatory damages)</u>

**$859,807.88 total award (compensatory and punitive damages)**

This amount does not include the Rullans' costs, which are covered by the bill of costs they filed for approval by the clerk of court. Fed. R. Civ. P. 54(d)(1); Local Rule 54-1.

I THEREFORE ORDER the clerk of court to enter judgment in favor of plaintiffs Aljoshua Rullan and Cheryl Rullan and against Jong Min Rhee (aka John Lusso); Lusso Auto LLC dba Lusso Auto Spa & Design, and Lusso Auto Design in the amount of $859,807.88. The clerk is further directed to close this case after ruling on the pending bill of costs (ECF No. 38).

DATED this 22nd day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE